Scott NIESEN, Relator,

v.

ADVANCED CIRCUITS and Travelers Insurance Company, Respondents,

and

Blue Cross/Blue Shield of Minnesota, MII Life, Intervenors.

No. C7–00–792.

Supreme Court of Minnesota.

July 25, 2000.

David A. Stofferahn, Sieben, Grose, Von Hultum & Carey, Ltd., Minneapolis, for appellants.

Gary M. Swanson, John G. Ness & Associates, St. Louis Park, for respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 19, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Alan C. Page
Associate Justice